[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 130.]

THE STATE EX REL. K-MART CORPORATION, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. K-Mart Corp. v. Indus. Comm.*, 1998-Ohio-159.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2312—Submitted July 8, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD09-1124.

———————————

*Buckingham, Doolittle & Burroughs, L.P.A.*, and *Robert C. Meyer*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Laurel Blum Mazorow*, Assistant Attorney General, for appellee Industrial Commission.

*M. Blake Stone Co., L.P.A.*, and *F. Christopher Oehl*, for appellee Virginia Faber.

———————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————